### LOVETT *v.* BERRIEN COUNTY BANK.

PER CURIAM. The court did not abuse his discretion in refusing an interlocutory injunction.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

FEBRUARY 24, 1917.

Petition for injunction. Before Judge Thomas. Berrien superior court. December 4, 1915.

*Hendricks, Mills & Hendricks,* for plaintiff.

*E. K. Wilcox* and *J. P. Knight,* for defendant.